UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. WILLIAMS,

                Plaintiff,

      -against-

UNITED STATES,

                Defendant.

22-CV-6993 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On July 30, 2020, Plaintiff was barred from filing any new action in this court *in forma pauperis* (IFP) without first obtaining permission from the court to file. *See Williams v. United States*, ECF 1:20-CV-3101, 5 (S.D.N.Y. July 30, 2020), *appeal dismissed*, No. 20-3138 (2d Cir. Oct. 22, 2020) (dismissal effective Nov. 12, 2020). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought permission from the Court.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 30, 2020, order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff originally filed this action in the United States District Court for the Eastern District of New York, and by order dated August 9, 2022, the Eastern District of New York transferred the action to this court. *See Williams v. United States*, No. 22-CV-4564 (AMD) (LB) (E.D.N.Y. Aug. 9, 2022).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: August 18, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge